AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oliver Jr., Solomon | U.S. District Court | 6/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Chief District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Carl B. Stokes US Court House
801 West Superior Avenue
Cleveland, OH 44113-1838

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | College of Wooster |
| 2. | Chair | American Bar Association Section of Legal Education and Admissions to the Bar |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/23/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 11/22/14 | Evidence Drafting Committee Multi-State Bar Examination | $3,500.00 |
| 2. 2014 | Ohio State Teacher's Retirement System | $24,785.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 1/2-1/5 | New York, NY | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 2. | American Bar Association | 2/5-2/6 | Chicago, IL | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 3. | American Bar Association | 2/20-2/22 | Atlanta, GA | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 4. | American Bar Association | 3/13-3/16 | San Diego, CA | Activity of prof. org. | Travel, lodging, food in conjunction with program |
| 5. | National Conference of Bar Examiners | 5/1-5/4 | Seattle, WA | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Oliver Jr., Solomon | 6/23/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Bar Association | 5/15-5/15 | Washington, DC | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 7. | American Bar Association | 5/19-5/20 | Washington, DC | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 8. | American Bar Association | 6/5-6/6 | Cleveland, OH | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 9. | American Bar Association | 7/27-7/28 | Chicago, IL | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 10. | American Bar Association | 8/7-8/11 | Boston, MA | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 11. | American Bar Association | 10/1-10/1 | Chicago, IL | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 12. | Ohio Assoc. of Civil Trial Lawyers | 11/13-11/13 | Columbus, OH | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 13. | National Conference of Bar Examiners | 11/21-11/24 | Napa, CA | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 14. | American Bar Association | 12/3-12/6 | San Juan, PR | Activity of prof. org. | Travel, lodging, food in conjunction with meeting |
| 15. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 2. Auto Data Processing | A | Dividend | | | Sold | 12/20/14 | J | A | |
| 3. Bank of America | A | Dividend | J | T | | | | | |
| 4. Bank of NY M | A | Dividend | J | T | | | | | |
| 5. Cardinal Health | A | Dividend | J | T | | | | | |
| 6. EnPro | A | Dividend | J | T | | | | | |
| 7. Express Scripts | A | Dividend | J | T | | | | | |
| 8. Exxon Mobil | A | Dividend | | | Sold | 12/23/14 | J | A | |
| 9. Hewlett-Packard | A | Dividend | J | T | | | | | |
| 10. Honeywell International | A | Dividend | K | T | | | | | |
| 11. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 12. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 13. New Jersey Resources | A | Dividend | K | T | | | | | |
| 14. Nextera Energ | B | Dividend | L | T | | | | | |
| 15. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 16. Progress Energy - Duke Energy Merger | A | Dividend | J | T | | | | | |
| 17. Royal Bk of Scotland | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Royal Dutch Shell B | A | Dividend | J | T | | | | | |
| 19. Spectra Energy | A | Dividend | | | Sold | 12/24/14 | J | A | |
| 20. Cohen & Steers Infrastructure Fund | A | Dividend | J | T | | | | | |
| 21. Nuveen Mun Valve Fund | A | Dividend | J | T | | | | | |
| 22. Nuveen OH Quality Income Municipal Fund | A | Dividend | J | T | | | | | |
| 23. Blackrock Euro Fund Investor | A | Dividend | J | T | | | | | |
| 24. Schwab Investor Checking | A | Interest | M | T | | | | | |
| 25. AT&T common | B | Dividend | K | T | | | | | |
| 26. Bristol Meyers common | B | Dividend | L | T | | | | | |
| 27. Coca Cola common | B | Dividend | L | T | | | | | |
| 28. Morgan Stanley Dean Witter common | A | Dividend | J | T | | | | | |
| 29. Ford common | A | Dividend | J | T | | | | | |
| 30. General Electric common | B | Dividend | L | T | | | | | |
| 31. Goodyear common | A | Dividend | J | T | | | | | |
| 32. Home Depot common | B | Dividend | L | T | | | | | |
| 33. Federated Department Stores common | A | Dividend | J | T | | | | | |
| 34. Merck common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nike common | B | Dividend | M | T | | | | | |
| 36. WalMart common | B | Dividend | L | T | | | | | |
| 37. Putnam Global Equity | A | Dividend | K | T | | | | | |
| 38. Fidelity Ohio Tax Free | A | Interest | K | T | | | | | |
| 39. CREF stock-403(b) | A | Dividend | O | T | | | | | |
| 40. TIAA Annuity-403(b) | A | Interest | N | T | | | | | |
| 41. Ohio Savings Bank Accounts | A | Interest | K | T | | | | | |
| 42. DWS Scudder International Fund | B | Dividend | J | T | | | | | |
| 43. Vodaphone | B | Dividend | J | T | | | | | |
| 44. Pepsico | C | Dividend | M | T | | | | | |
| 45. Allstate | A | Dividend | K | T | | | | | |
| 46. Tricontinental Global | A | Dividend | K | T | | | | | |
| 47. Resource Careers, Inc. 401K Vanguard 500 | A | Dividend | J | T | | | | | |
| 48. Cisco | A | Dividend | J | T | | | | | |
| 49. Zimmer | A | Dividend | J | T | | | | | |
| 50. Lowes | A | Dividend | L | T | | | | | |
| 51. Pfizer | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Comcast | A | Interest | J | T | | | | | |
| 53. Vanguard Intermediate Term Tax-Exempt Fund | A | Interest | K | T | | | | | |
| 54. Vanguard 500 Index | B | Dividend | L | T | | | | | |
| 55. Vanguard Small Cap Index | B | Dividend | L | T | | | | | |
| 56. Fidelity Balance, IRA | B | Dividend | L | T | | | | | |
| 57. Fidelity Caputal Appreciation, IRA | D | Dividend | M | T | | | | | |
| 58. T. Rowe Price Equity Income | C | Dividend | L | T | | | | | |
| 59. T. Rowe Price Retirement 20/20 | B | Dividend | L | T | | | | | |
| 60. Vanguard Total International Stock Fund | B | Dividend | K | T | | | | | |
| 61. Vanguard Wellington | C | Dividend | M | T | | | | | |
| 62. Vanguard Wellesley | C | Dividend | M | T | | | | | |
| 63. Vanguard Total Bond Market Index | B | Interest | K | T | | | | | |
| 64. T. Rowe Price Emerging Markets | A | Dividend | K | T | | | | | |
| 65. Intel | A | Dividend | K | T | | | | | |
| 66. Discover Financial Services | A | Dividend | J | T | | | | | |
| 67. Schwab Target Fund | B | Dividend | L | T | | | | | |
| 68. Abbvie, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Duke Energy | A | Dividend | J | T | | | | | |
| 70. Verizon | C | Dividend | J | T | | | | | |
| 71. Global Inc.com | A | Dividend | J | T | Spinoff<br>(from line 16) | 10/01/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 6/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

16. This entry should have been deleted when it merged with Duke Energy on July 31, 2012. Duke Energy was subsequently reflected on the Report as a result of the merger.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Solomon Oliver Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544